UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PROTEGRITY USA, INC.,
    Plaintiff,

v.   No. 3:15-cv-230 (SRU)

NETSKOPE, INC.,
    Defendant.

## ORDER OF TRANSFER

On February 18, 2015, plaintiff Protegrity USA, Inc. ("Protegrity") filed this lawsuit against defendant Netskope, Inc. ("Netskope"), alleging that Netskope had infringed upon Protegrity's patent. Compl. (doc. 1). Shortly thereafter, Netskope moved to dismiss the case for lack of personal jurisdiction, Fed. R. Civ. P. 12(b)(2), or in the alternative, to transfer this action to the U.S. District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a). On May 5, 2015, the parties filed a stipulation (doc. 21) in which they consented to transfer this case to the Northern District of California, San Francisco Division, stating that such a transfer would resolve the parties' disputes regarding jurisdiction and *forum non conveniens*.

Accordingly, I **approve** the parties' stipulation, and I order that, pursuant to 28 U.S. Code sections 1404(b) and 1406(a), the Clerk shall **transfer** this case to the United States District Court for the Northern District of California, San Francisco Division.

It is so ordered.

Dated at Bridgeport, Connecticut, this 13th day of May 2015.

       /s/ STEFAN R. UNDERHILL
       Stefan R. Underhill
       United States District Judge